IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| GEORGE R. DEAN, individually and as the sole shareholder of George's Enterprises, Inc. and GEORGE'S ENTERPRISES, INC., | ) ) ) ) ) | Case No. 5:21-cv-00251-TLW |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties having appeared in the matter, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims against State Farm Fire and Casualty Company in this matter with prejudice.

WE CONSENT TO THE STIPULATION OF DISMISSAL:

| | |
|---|---|
| GLENN WALTERS, P.A. | WHELAN MELLEN & NORRIS, LLC |
| | |
| s/ GLENN WALTERS | s/ ROBERT W. WHELAN |
| Glenn Walters | Robert W. Whelan |
| Federal Bar No. 6435 | Federal Bar No. 09242 |
| Post Office Box 1346 | Post Office Box 939 |
| Orangeburg, SC 29115 | Charleston, SC 29402 |
| Phone: (803) 531-8844 | E-Mail: robbie@whelanmellen.com |
| Email: glennwaltersspa@gmail.com | (843) 998-7099 |
| | |
| *Attorney for Plaintiffs* | *Attorneys for State Farm Fire and Casualty Company* |
| | |
| Dated: March 4, 2022 | Dated: March 4, 2022 |